No. 103.   ESTATE OF SCHROEDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.

*Per Curiam:* The petition for writ of

certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for further consideration in the light of T. D. 5741, 14 Fed. Reg. 5536, and *Commissioner* v. *Estate of Church,* 335 U. S. 632, and *Estate of Spiegel* v. *Commissioner,* 335 U. S. 701. *Thomas Raeburn White* and *George B. Francis* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Arnold Raum, Ellis N. Slack* and *Melva M. Graney* for respondent.